**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01053-CR

**PHILLIP MERLE PITTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F11-12902-L**

## ORDER

The Court **GRANTS** appellant's January 14, 2014 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE